**Exhibit C**

# Suparna Airlines Respondence to Receivable Collection

Atlas Air,

Suparna Airlines have received the collection and complaint sent on April 27, 2018. Thanks for your support to our charter operation.

Suparna Airlines cherish the friendship with each partner and always seek for a long term corporation. To guarantee this, we have made great effort to make sure our vendors receive payments on time. Unfortunately, we still need more time to settle account this time. Hope you could understand and kindly give us a grace period in consideration of our past partnership and future corporation.

As for the balance, we have confirmed the 2.5224M out of 3.008M. The rest 0.485M, of which 0.025M is Q3&Q4 oil claimed in bill 809791RL, and 0.458M is oil between 1/3-11/3 claimed in 810103RL, still need further confirmation of both sides.

Suparna Airlines payment plan is as follows:

| Date | Amount ($) |
| --- | --- |
| 31/5/2018 | 1,000,000 |
| 8/6/2018 | 500,000 |
| 15/6/2018 | 500,000 |
| 22/6/2018 | 524,000 |
| Total | 2,524,000 |

The unconfirmed 0.483M will be paid on 29/6 after confirm.

Regard,
Suparna Airlines
9/5/2018

1